UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EMANUEL DELACRUZ, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

   -against-

HIMS, INC.,

                Defendant.

------------------------------------x

ORDER

20 Civ. 8272 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: November 23, 2020
       New York, New York

                              SO ORDERED.

                              *George B Daniels*
                              GEORGE B. DANIELS
                              United States District Judge